UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UPSTATE SHREDDING, LLP,

                              Plaintiff,

        v.                                        08-cv-940

SINOMET RECYCLING, S.A.,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        Plaintiff moves to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)

on the ground that Defendant has filed for bankruptcy in Belgium and that Plaintiff will pursue

its claim in connection with the Belgium bankruptcy proceeding.  No opposition to the motion

has been filed.  Plaintiff having set forth an appropriate ground, the motion for voluntary

dismissal is GRANTED.  The Clerk of the Court shall close the file in this matter.

IT IS SO ORDERED.

Dated:January 14, 2010

Thomas J. McAvoy
Senior, U.S. District Judge